MARTÍNEZ, RECURRENTE, *v.* EL REGISTRADOR DE HUMACAO, RECURRIDO.

RECURSO gubernativo contra nota del Registrador de la Propiedad de Humacao denegando la inscripción en parte de un dominio.

No. 409.—Resuelto en mayo 5, 1919.

RECURSO GUBERNATIVO—ERRORES—DENEGACIÓN DE INSCRIPCIÓN.—Cuando en un recurso gubernativo el recurrente se limita a manifestar que lo establece por no estar conforme con la calificación del registrador, sin hacer la más ligera alegación tendente a demostrar que el registrador haya incurrido en error al hacer tal calificación, ni presentar prueba que destruya los fundamentos de la nota, la calificación debe estimarse correcta.  Pero tal decisión no será obstáculo para que el recurrente presente de nuevo su título acompañado de otras pruebas, ni para que si el registrador se convence de su error verifique la inscripción.

Los hechos están expresados en la opinión.

Abogado del recurrente: Sr. *Luis Pereyó Quiñones.*

El registrador recurrido, Sr. Víctor Burset, no compareció.

EL JUEZ PRESIDENTE SR. HERNÁNDEZ, emitió la opinión del tribunal.

Por resolución de 13 de septiembre de 1915 la Corte de Distrito de Humacao declaró justificado a favor de Donato Martínez del Valle el dominio de dos fincas rústicas, la primera de ellas letra A compuesta de 200 cuerdas, y la segunda letra B de 172 cuerdas más o menos, radicadas. ambas en el barrio de Montones del pueblo de Las Piedras correspondiente al expresado distrito judicial.

Presentada copia certificada de la anterior resolución al Registrador de la Propiedad de Humacao para su inscripción, ésta se llevó a efecto, según nota de 17 de marzo de 1919, en cuanto a la finca letra B y también en cuanto a las cuerdas restantes de la finca letra A después de rebajarse de su cabida 62 cuerdas, por aparecer inscrita la posesión de dicha porción a favor de don Marcos Escribano y Flores, sin que conste que éste haya prestado su consentimiento para la cancelación de la inscripción a su favor, o se le haya vencido en el correspondiente juicio. Hace constar además el registrador en su nota con respecto de la porción de 62 cuerdas que. anteriormente le había sido denegada la inscripción a don Manuel Martínez y Valle de quien adquirió Donato Martínez del Valle, por estar incluídas en un expediente posesorio que instruyó el Manuel Martínez Valle y fué aprobado por el juzgado municipal del pueblo de Las Piedras, para acreditar la posesión de 160 cuerdas de terreno en el barrio Montones de Las Piedras, adquiridas de don Escolástico y don Florencio Martínez, don Francisco Santana y Martínez y don Marcos Escribano, cuya finca de 160 cuerdas a juicio del registrador se halla incluída dentro de la superficie de la finca letra A cuya inscripción se solicita, no habiendo presentado Donato Martínez del Valle, no obstante habérsele pedido, documentos fehacientes que prueben lo contrario.

La nota del registrador ha sido recurrida para ante esta Corte Suprema, y el recurrente se limita a manifestar que establece contra el registrador el presente recurso gubernativo por no estar conforme con su calificación en cuanto deniega la inscripción de dominio a su favor de 62 cuerdas de la finca letra A por estar incluídas en otra finca cuya posesión aparece inscrita a nombre de otra persona distinta del recurrente, pero no hace la más ligera alegación tendente a demostrar que el registrador haya incurrido en error al hacer semejante apreciación.

A falta de prueba que destruya la afirmación hecha por el registrador de que la porción de 62 cuerdas de la finca letra A está inscrita en el registro a favor de persona distinta del recurrente Donato Martínez del Valle, tenemos que llegar a la conclusión de que la inscripción del dominio de esa porción de terreno a favor del recurrente ha sido bien denegada. *Ginorio* v. *El Registrador,* 2 S. P. R. 579, y *Porto Rican Leaf Tobacco Company* v. *El Registrador,* 17 D. P. R. 228.

Pero si el registrador ha sufrido error en su apreciación, no vemos inconveniente en que la parte interesada presente de nuevo su título al registro acompañado de pruebas plenas que lo justifiquen, y en que el registrador, si se convence del hecho de que las 62 cuerdas no están realmente inscritas a favor de persona distinta de Donato Martínez del Valle, proceda a verificar la inscripción, sin que sea obstáculo para ello la presente negativa. *Gómez Méndez & Cía., en liquidación,* v. *El Registrador,* 16 D. P. R. 825.

Es de confirmarse la nota recurrida.

*Confirmada la nota recurrida.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro, Aldrey y Hutchison.